United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-2314MN

Tandem Products, Inc., a Minnesota           *
corporation,                                 *
                                             *
                     Appellant,              *     Appeal from the United States
                                             *     District Court for the District
          v.                                 *     of Minnesota.
                                             *
New Hampshire Insurance Company, a           *          [UNPUBLISHED]
Pennsylvania corporation,                    *
                                             *
                     Appellee.               *

_____

Submitted:  February 3, 1998
Filed: February 9, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Tandem Products, Inc. (Tandem) appeals from the adverse ruling of the district court in this diversity-based coverage dispute between Tandem and New Hampshire Insurance Company (New Hampshire).  New Hampshire denied coverage for damages Tandem suffered from a defective heater provided by Lambert Industries, Inc., and the district court held the terms of New Hampshire's policy did not provide coverage for Tandem's loss.  Having reviewed the record and having considered de novo the questions of state law, we conclude no error of law appears in the district court's

judgment.  We thus affirm the decision of the district court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.